UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CR-DIMITROULEAS

MAGISTRATE JUDGE SNOW

18 USC 922(g)(1)
18 USC 922(g)(5)

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| OSVALDO FERNANDEZ | ) |
| | ) |

## INFORMATION

The United States Attorney charges that:

<u>COUNT I</u>:

On or about June 17, 1998, at Pembroke Pines, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSVALDO FERNANDEZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).



## COUNT II:

On or about June 17, 1998, at Pembroke Pines, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSVALDO FERNANDEZ,**

being an alien who is illegally and unlawfully in the United States, did knowingly possess a firearm in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5).

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
TERRENCE C. AYALA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA — 00 - 6079 CR-DIMITROULEAS

v.                                                      CERTIFICATE OF TRIAL ATTORNEY / MAGISTRATE JUDGE
                                                                                                SNOW
OSVALDO FERNANDEZ                   Related Case Information:
                                    SUPERSEDING                 Yes ___   No  X
**Court Division:** (Select One)    New Defendant(s)            Yes ___   No ___
                                    Number of New Defendants    ___
 X  Miami     ___ Key West          Total number of counts       1
___ FTL       ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) YES
   List language and/or dialect   SPANISH

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                (Check only one)

   I    0 to 5 days       X___        Petty     ___
   II   6 to 10 days      ___         Minor     ___
   III  11 to 20 days     ___         Misdem.   ___
   IV   21 to 60 days     ___         Felony    X___
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) NO
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?      (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 99-425-Cr-Davis(s) and 00-17-Cr-Lenard
   Defendant(s) in federal custody as of Dec. 27, 1999
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)  **No**

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? X Yes _ No.   If yes, pending in the Central Region? X Yes __ No

                                       _____
                                       TERRENCE C. AYALA
                                       ASSISTANT UNITED STATES ATTORNEY
                                       FLORIDA BAR NO. 875971

*Penalty Sheet(s) attached                                               REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
### PENALTY SHEET

00 - 6079 CR - DIMITROULEAS

MAGISTRATE JUDGE
SNOW

**Defendant Name: <u>OSVALDO FERNANDEZ</u>**     Case No.: _____

Count I: Felon in Possession of Firearm
         18 USC 922(g)(1)

**\*Max. Penalty:** Not less than 10 years imprisonment and Fine
===============================================================

Count II: Illegal Alien in Possession of Firearm
          18 USC 922(g)(5)

**\*Max. Penalty:** Not less than 10 years imprisonment and Fine
===============================================================

Count:

_____

**Max Penalty:**
===============================================================

Count :

_____

**Max Penalty:**
===============================================================

Count :

_____

**Max Penalty:**
===============================================================

_____

===============================================================

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

REV. 12/12/96