AO 455 (Rev. 5/85) Waiver of Indictment

===========================================================================

# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

00-6079-CR-DIMITROULEAS

UNITED STATES OF AMERICA

v.

OSVALDO FERNANDEZ

WAIVER OF INDICTMENT

MAGISTRATE JUDGE SNOW

FILED BY _____ D.C.

CASE NUMBER:

MAR 30 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

I, OSVALDO FERNANDEZ, the above named defendant, who is accused of:

on June 17, 1998, knowingly and willfully possessing a firearm which had been shipped in interstate or foreign commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year; in violation of Title 18, United States Code, Section 922(g)(1); and on June 17, 1998, being an alien illegally present in the United States, knowingly and willfully, possessing a firearm which had been shipped in interstate or foreign commerce; in violation of Title 18, United States Code, Section 922(g)(5);

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 3/30/2000 prosecution by indictment and consent that the proceeding may be by information rather than indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CR-DIMITROULEAS

18 USC 922(g)(1)
18 USC 922(g)(5)

MAGISTRATE JUDGE
SNOW

**UNITED STATES OF AMERICA**        )
                                    )
v.                                  )
                                    )
**OSVALDO FERNANDEZ**                )
_____)

## INFORMATION

The United States Attorney charges that:

### COUNT I:

On or about June 17, 1998, at Pembroke Pines, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSVALDO FERNANDEZ,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT II:

On or about June 17, 1998, at Pembroke Pines, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**OSVALDO FERNANDEZ,**

being an alien who is illegally and unlawfully in the United States, did knowingly possess a firearm in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(5).

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
TERRENCE C. AYALA
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

OSVALDO FERNANDEZ

CASE NO. _____

**CERTIFICATE OF TRIAL ATTORNEY***

**Related Case Information**:
SUPERSEDING      Yes ___   No _X_
New Defendant(s) Yes ___   No ___
Number of New Defendants ___
Total number of counts      _1_

**Court Division**: (Select One)

_X_ Miami  ___ Key West
___ FTL    ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) _YES_
   List language and/or dialect _SPANISH_

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_     Petty      ___
   II   6 to 10 days      ___     Minor      ___
   III  11 to 20 days     ___     Misdem.    ___
   IV   21 to 60 days     ___     Felony     _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _99-425-Cr-Davis(s) and 00-17-Cr-Lenard_
   Defendant(s) in federal custody as of _Dec. 27, 1999_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _X_ Yes _ No.   If yes, pending in the Central Region? _X_ Yes __ No

                                    _____
                                    TERRENCE C. AYALA
                                    ASSISTANT UNITED STATES ATTORNEY
                                    FLORIDA BAR NO. 875971

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant Name: OSVALDO FERNANDEZ**          Case No.: _____

Count I: Felon in Possession of Firearm
         18 USC 922(g)(1)

*Max. Penalty: Not less than 10 years imprisonment and Fine
================================================================

Count II: Illegal Alien in Possession of Firearm
          18 USC 922(g)(5)

*Max. Penalty: Not less than 10 years imprisonment and Fine
================================================================

Count:

Max Penalty:
================================================================

Count :

Max Penalty:
================================================================

Count :

Max Penalty:
================================================================

================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

REV. 12/12/96