koia.                                    **UNITED STATES DISTRICT COURT**
                                         **SOUTHERN DISTRICT OF FLORIDA**

                                         CASE NO. __00-6079-CR-DIMITROULEAS__

UNITED STATES OF AMERICA

                                         **ORDER ON INITIAL APPEARANCE**
     Plaintiff,

                                         Language __Spanish__
v.                                       AUSA __Terence C. Ayala, Esq__
                                         Agent _____

OSVALDO FERNANDEZ,
     Defendant.



FILED by ___
MAR 3 0 2000
CLARENCE...

The above-named defendant having been arrested on __March 30, 2000__ having appeared before the court for initial appearance on __March 30, 2000__ and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon

**ORDERED** as follows:

1. __Michael Blacker, Esq. and Humberto R. Dominguez, Esq.__ appeared as permanent counsel of record.

   Address: __MB, 701 Brickell Ave., #2080, Miami, FL 33131 and HD 1101 Brickell Ave., #1801, Miami, FL 33131__ Telephone: __305-285-0900 MB__ and __305-371-3777 HD__

2. The bond posted in case #99-425-CR-Davis for Osvaldo Fernandez shall apply as to this case.

   **DONE AND ORDERED** at __Miami, Florida__, this __30th__ day of __March, 2000.__

                                         _____
                                         **EDWARD B. DAVIS, CHIEF**
                                         **UNITED STATES DISTRICT JUDGE**

c: AUSA Terence C. Ayala, Esq.
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation

1