UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6079-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

OSVALDO FERNANDEZ



### WAIVER OF PRELIMINARY EXAMINATION

The defendant having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant having refused and waived a preliminary examination,

The defendant now signs this **Waiver of Preliminary Examination.**

DATED: 3/30/2000

_____
Defendant

### MAGISTRATE JUDGE'S CERTIFICATE

The United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.

**IT IS ORDERED** that a preliminary examination in the above-entitled matter is refused and waived, and the defendant is bound over for proceedings in the United States District Court.

DATED: 3/30/2000

_____
UNITED STATES DISTRICT JUDGE

TAPE NO.                    at_____

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

