```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 99-475
                                   00-6079-cr-DTM
UNITED STATES OF AMERICA,

v.                              NOTICE OF PERMANENT
                                APPEARANCE AS COUNSEL
                                OF RECORD

OSVALDO FERNANDEZ
```

FILED by ___ D.C.
MAR 30 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

COMES NOW _Humberto Dominguez_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: 3-30-00

Attorney: Humberto R. Dominguez
Address: 1101 Brickell Ave 1800
City: Miami   State: FL   Zip Code: 33131
Telephone: (305) 371-3777

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____
_____
_____

