

FILED by _____ D.C.
MAR 3 1 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6079-CR-DIMITROULEAS

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

OSVALDO FERNANDEZ,
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 61197-004

Language: Spanish

The above-named Defendant appeared before **United States District Judge Edward B. Davis**, where the Defendant was arraigned. The following information is current as of this date:

Defendant:    Address: In custody on case #00-17-CR-JAL

              Tel. No:

Defense Counsel:  Name : See ntc of appearance

              Address:

              Tel. No:

Bond Set/Continued:    $bond in case 99-425-CR-EBD applies to this case.

Dated this 30th day of March, 2000.

Larry Herr, Court Reporter

CLARENCE MADDOX, CLERK

BY_____
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

