UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
        Plaintiff,

CASE # 00-6079-CR-DIMITROULEAS

-v-

OSVALDO FERNANDEZ
        Defendant.
_____/



FILED by _____ D.C.
MAR 31 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CHANGE OF PLEA MINUTES

On **MARCH 30, 2000** the above-named Defendant appeared in person before the Honorable EDWARD B. DAVIS, United States District Judge, with Humberto Dominguez Michael L. Blacker, Counsel retained by the Defendant, and said Defendant stated in open court that he desired to desired to enter a plea of guilty as to Count(s) __one__ of the information.

    After the Defendant was duly sworn, the Court made inquiry as to guilt. The Court, being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the Defendant guilty as charged.

    Whereupon:

( )     The Court proceeded to pronounce sentence.

(✓)     The Court postponed sentencing until _June 14, 2000 @ 4:00 pm before Judge Davis_ ;

( ) and the Defendant allowed to remain on present bond until then;

( ) and the Defendant was remanded to the custody of the
    U.S. Marshal until a $_____ bond is posted;

( ) and the Defendant was remanded to the custody of the
    U.S. Marshal awaiting sentencing.

    The U. S. Attorney announced Count(s)_____would be dismissed on the government's motion at sentencing.

Reporter: _Larry Herr_
Clerk: _W. Jackson_

