UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6079-CR-DIMITROULEAS

vs.

OSVALDO FERNANDEZ



_____/

## NOTICE OF SENTENCING DATE



By direction of the Honorable EDWARD B. DAVIS, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on **Wednesday, June 7, 2000 @ 4:00 p.m.**, for imposition of sentence. On that date, report to the Federal Justice Building, Courtroom one, 99 N. E. 4th Street, Miami, Florida, where sentence will be imposed. You will receive no further notice.

If the above-named defendant has executed a bond with this court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. §3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. **DEFENSE COUNSEL (AND THE DEFENDANT, IF ON BOND) ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE OF THE COURT FOR INTERVIEW AND FURTHER INSTRUCTION (Room 315 of the Old Courthouse, 300 N. E. 1st Avenue).**

IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provided the U.S. Probation Department the necessary information to prepare the Prosecution of the Presentence Report.

CLARENCE MADDOX, CLERK OF COURT

DATE: March 30, 2000

COUNSEL:  Humberto Dominguez, Esq.
          Michael L. Blacker, Esq.

By: _____
            Deputy Clerk

DEFENDANT RECEIVED: March 30, 2000

GUILTY PLEA (X)   BOND  (X)           TO COUNTS_____
TRIAL      ( )   FEDERAL CUSTODY ( )  TO TOTAL COUNTS_____
NOLO PLEA  ( )   STATE CUSTODY   ( )  AUSA Terence C. Ayala, Esq.
                 USM CUSTODY     ( )

Copies to:
U. S. Attorney           Defense Counsel      Pre-Trial Services
Probation Department     U. S. Marshal        Defendant

