

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,      CASE NO. 00-6079-CR-~~DIMITROULEAS~~ LENARD

    Plaintiff,

vs.      **ORDER OF REASSIGNMENT**

OSVALDO FERNANDEZ,

    Defendant.
_____/

THIS MATTER having come before the Chief Judge for the Southern District of Florida in his administrative capacity, pursuant to Title 28, U.S.C. §137 and §3.03.00 of the Court Policy Manual for the Southern District of Florida, it is, therefore

**ORDERED AND ADJUDGED** that the above-entitled cause is hereby **REASSIGNED** to the calendar of the Honorable Joan A. Lenard, United States District Judge, for all further proceedings. All parties are hereby noticed that all papers hereafter filed shall bear the aforesaid case number followed by the surname of the assigned Judicial Officer as follows:

**00-6079-CR-LENARD,**

thereby indicating the Judge to whom all future documents should be routed or otherwise brought for attention, in accordance with S.D.Fla.L.R. 5.1.A.2.

**DONE AND ORDERED**, in Miami, Florida, this 23rd day of June, 2000.

           _/s/ Edward B. Davis_
           **EDWARD B. DAVIS, CHIEF**
           **UNITED STATES DISTRICT JUDGE**

cc:     Hon. Joan A. Lenard
        Hon. William P. Dimitrouleas
        Clarence Maddox, Clerk/Court Administrator
        Terrence C. Ayala, AUSA
        Humberto Dominguez, Esq.
        Michael Blacker, Esq.
        U.S. Probation Office
        U.S. Marshals Service

Rec'd in MIA Dkt _6/27_