UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-425-CR-LENARD
00-17-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

VS

**OSVALDO FERNANDEZ,**

    Defendant(s)
_____/


FILED by _____ D.C.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT
S.D. OF FLA. - MIAMI

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been re-scheduled for sentencing

Dated: June 28, 2000

CLARENCE G. MADDOX, II, CLERK

By: _____
Lisa M. Shelnut
Deputy Clerk

cc: Terrence Ayala, AUSA
Michael Blacker, Esq.
Humberto Dominguez, Esq.
U.S. Pretrial Services
U.S. Probation