SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 99-425-CR-Lenard
00-17-
00-6079-

DEFENDANT: Osvaldo Fernandez
JUDGE: JOAN A. LENARD
Deputy Clerk: Lisa Shelnut
DATE: 7/21/00
Court Reporter: Richard Kaufman
USPO: Kelly Cutright
AUSA: Terrence Ayala
Deft's Counsel: Humberto Dominguez & Michael Blacker

COUNTS DISMISSED: _____

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment — Years ___ Months 70 Counts Concurrent
- 99-425 - 60 months
- 00-0017 - 70 months
- 00-6079 - 70 months

Supervised Release: 3 yrs; Sp. cond. Search person/property; Financial disclosure; Maintain Employment

Probation — Years ___ Months ___ Counts ___

Comments: D m/reduce Criminal history category denied; D m/minor role reduction denied.

Assessment $ 300.00    Fine $ 0

Restitution /Other: _____

### CUSTODY

✓ Remanded to the Custody of the U.S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/__/__

Commitment Recommendation: in FL or as close as possible.