UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6079-CR-LENARD



UNITED STATES OF AMERICA,

      Plaintiff,

v.

OSVALDO FERNANDEZ,

      Defendant.
_____/

### "PROTECTIVE" MOTION TO REDUCE SENTENCE PURSUANT TO RULE 35

The United States of America, through the undersigned Assistant United States Attorney, hereby files a "protective" motion to reduce the sentence of defendant Osvaldo Fernandez pursuant to Rule 35 of the Federal Rules of Criminal Procedure, stating as follows:

1. Defendant Osvaldo Fernandez is in the process of attempting to provide assistance to the United States in the investigation and prosecution of other people. That assistance is not yet complete and, to date, has not amounted to "substantial assistance" so the United States is not currently prepared to seek a sentence reduction for the defendant.



2. Rule 35 of the Federal Rules of Criminal Procedure provides that if the Government files a motion under that Rule, "the court may reduce a sentence to reflect a defendant's subsequent substantial assistance in investigating or prosecuting another person."

3. Recently, the Eleventh Circuit ruled that, subject to a limited exception, this Court is without jurisdiction to reduce a defendant's sentence under Rule 35 unless the government moves under that Rule within one year after the defendant is sentenced. See, United States v. Orozco, 160 F.3d 1309 (11th Cir. 1998). Defendant Fernandez was sentenced on July 25, 2000.

4. In order to allow the defendant additional time to attempt to complete his cooperation, and in order to permit a full record upon which to decide whether any such assistance is "substantial," the United States is filing this protective Rule 35 motion. The assigned prosecutor in this matter, AUSA Melissa Damian, has been out from work for several months and remains to ill to work, hence the need for filing this protective motion by undersigned counsel. The United States respectfully reserves the right to withdraw this motion if defendant's attempted cooperation does not ultimately rise to the level of "substantial assistance" as determined by the Office of the United States Attorney.

5. The undersigned has spoken to Michael Blacker, Esq. and Humberto Dominguez, Esq., the defendant's attorneys, and they agree to the filing of this motion.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

BY: /s/ Robert K. Senior
ROBERT K. SENIOR
ASSISTANT U.S. ATTORNEY
Florida Bar #779407
99 Northeast Fourth Street
Miami, Florida 33132
Telephone: (305) 961-9291
Facsimile: (305) 597-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the following counsel on July 16, 2001:

| | |
|---|---|
| Michael Blacker, Esq.<br>701 Brickell Avenue<br>Suite 2080<br>Miami, Florida 33131 | Humberto Dominguez, Esq.<br>1101 Brickell Avenue<br>Suite 1801<br>Miami, Florida 33131 |

ROBERT K. SENIOR
ASSISTANT UNITED STATES ATTORNEY