UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NOS. 99-425-CR-LENARD
00-0017-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA

vs.

OSVALDO FERNANDEZ,

    **Defendant.**
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 35(b)

Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for a downward departure from the sentencing guidelines range for defendant Fernandez in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states the following:

1.    On July 21, 2000, the defendant was sentenced to 60 months under case number 99-425-CR-Lenard after having pleaded guilty to the crime of Posession of Stolen Mail in violation of 18 U.S.C. § 1708; the defendant was sentenced to 70 months under case number 00-0017-CR-Lenard after having pleaded guilty to the crime Making a False Statement in a Passport Application in violation of 18 U.S.C. § 1542 ; and the defendant was sentenced to 70 months under case number 00-6079-CR-Lenard after having pleaded guilty to the crime of a Felon in Possession of a Firearm in violation of 18 U.S.C. §922(g)(1). All of these sentences were to run concurrent with one another.



2. Before entering his guilty pleas to the above-described violations, the defendant agreed to cooperate with the government. Mr. Fernandez provided detailed information about members involved in a postal theft ring. These individuals are currently the subject of an ongoing investigation being undertaken by the United States Postal Service in conjunction with the United States Attorney's Office. The defendant was also able to have a stolen postal arrow key, which is a master key capable of opening mail boxes for an entire route, returned to the United States Postal Service. The information that the defendant provided also led to the arrest of one individual involved in credit card fraud effectuated through banking institutions.

3. The United States of America deems defendant's cooperation to have reached the level of substantial assistance.

4. The undersigned has communicated with Michael Blacker, attorney for the defendant, and he is in agreement that the total sentence reduction from the aggregate 70 month sentence should be 12 months, leaving an aggregate sentence of 58 months should this Court grant this motion. This recommendation encompasses the cooperation that the defendant has provided to

date, as well as any future cooperation that he might provide in any trial or other judicial proceedings concerning the above-described investigation.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Matthew Menchel
Assistant United States Attorney
Court Id. No. A5500407
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9124
Fax: (305) 530-7976
matthew.menchel@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via facsimile this 5th day of December, 2003 to:

Michael Blacker
701 Brickell Avenue, Suite 2080
Miami, Florida 33131
*Counsel for Osvaldo Fernandez*

_____
Matthew Menchel
Assistant United States Attorney