-UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-425-CR-LENARD
00-0017-CR-LENARD
00-6079-CR-LENARD

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**OSVALDO FERNANDEZ,**

    Defendant.
_____/

FILED by ____ D.C.
DEC 1 6 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR REDUCTION OF SENTENCE AND AMENDING ORDER OF JUDGMENT AND COMMITMENT

THIS MATTER having come before the Court upon the Government's Motion to Reduce Sentence imposed as to the Defendant, **OSVALDO FERNANDEZ**, pursuant to Rule 35, Federal Rules of Criminal Procedure, as amended, the Court having reviewed said motion and the reasons advanced therein and the Court being fully advised as to the facts and circumstances of this case, it is

**ORDERED AND ADJUDGED** that the Government's Motion to Reduce the Sentence is **GRANTED**. It being further,

**ORDERED** that the original Order of Judgment, entered on July 21, 2000 for 60 months under case number 99-425-CR-LENARD, 70 months under case number 00-0017-CR-LENARD and 70 months under case number 00-6079-CR-LENARD , is hereby AMENDED, as follows:

That the Defendant, **OSVALDO FERNANDEZ**, is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of FIFTY-EIGHT (58) Months , as to cases number 99-425-CR-LENARD, 00-0017-CR-LENARD and 00-60079-CR-LENARD to run concurrently. It being further,



**ORDERED AND ADJUDGED** that all other provisions of the original Judgment and Commitment Order, entered July 21, 2000, shall remain in full force and effect.

**DONE AND ORDERED** in chambers at the United States District Courthouse in Miami, Florida this ___16___ day of December 2003.

                                              _____
                                              JOAN A. LENARD
                                              UNITED STATES DISTRICT JUDGE

cc:    Matthew Menchel, AUSA
        Michael Blacker, Esq.,
        U.S. Marshal