PROB 12C
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NOs. 99CR00425-002; 00CR00017-001; 00CR6079-001

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: FERNANDEZ, Osvaldo

Name of Sentencing Judicial Officer: The Honorable Joan A. Lenard, U.S. District Judge, Miami, Florida

Date of Original Sentence: July 21, 2000

Original Offense: Case No. 99CR00425-002: Possession of Stolen Mail Matter, in violation of Title 18, U.S.C. §1708, a Class D felony; Case No. 00CR00017-001: Passport Fraud, in violation of Title 18, U.S.C. §1542, a Class C felony; Case No. 00CR6079-001: Felon in Possession of a Firearm, in violation of Title 18, U.S.C. §922(g)(1), a Class C felony.

Original Sentence: **Case No. 99CR00425-002:** Sixty (60) months custody of Bureau of Prisons, followed by three (3) years supervised release, to run concurrently with the sentence imposed in Case No. 00-17-CR-Lenard and Case No. 00-6079-Cr-Lenard; **Case No. 00CR00017-001:** Seventy (70) months custody of Bureau of Prisons, followed by three (3) years supervised release, to run concurrently with the sentence imposed in Case No. 99-425-Cr-Lenard and Case No. 00-6079-Cr-Lenard; **Case No. 00CR6079-001:** 00CR00017-001: Seventy (70) months custody of Bureau of Prisons, followed by three (3) years supervised release, to run concurrently with the sentence imposed in Case No. 99-425-Cr-Lenard and Case No. 00-00017-Cr-Lenard.

The following special conditions were imposed on all three cases: 1) The defendant shall submit to a search of his person or property conducted in a reasonable manner and at a reasonable time by the United States Probation Officer; 2) The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the United States Probation Officer. Further, the defendant shall provide documentation including, but not limited to paystubs, contractual agreements, W-2 Wage and Earnings Statements, and other documents requested by the United States Probation Officer; 3) The defendant shall provide complete access to financial information; including disclosure of all business and personal finances, to the United States Probation Officer. It is further ordered that the defendant cooperate fully with the Internal Revenue Service in determining and paying any tax liabilities related to the prosecution. The defendant shall provide to the Internal Revenue Service all requested documents and information for purposes of any civil audits, examinations, collections or other proceedings. It is further ordered that the defendant file accurate income tax

PROB 12C  SD/FL PACTS No. 60123
(SD/FL 9/96)

returns for the prosecution years and to pay all taxes, interest and penalties due and owing by him to the Internal Revenue Service.

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: April 16, 2004 |
| Assistant U.S. Attorney:<br>Terrence C. Ayala | Defense Attorney:<br>Humberto Dominguez<br>1101 Brickell Avenue, Suite 1801<br>Miami, Florida 33131<br>305-371-3777 |

## PETITIONING THE COURT

[X]   To issue a warrant
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about August 17, 2004, in Miami-Dade County, in the Southern District of Florida, the defendant, did forcibly assault a person, who is designated in the Title 18, United States Code, Section 1114, that is a U.S. Postal Inspector, while in engaged in and on account of the performance of official duties, and in the commission of that assault, did use a dangerous weapon, in violation of Title 18, U.S.C., §111(a) and (b). |
| 2. | **Violation of Standard Condition,** by failing to submit a truthful and complete written monthly report within in the first five (5) days of each month. The defendant has failed to submit a written monthly report for the month of August 2004. |
| 3. | **Violation of Standard Condition,** by failing to notify the probation office of any change in residence. On or about August 17, 2004, the defendant moved from his/her approved residence of 1145 West 24th Street, Apt. #4, Hialeah, Florida, and his whereabouts is unknown. |

PROB 12C                                                                               SD/FL PACTS No. 60123
(SD/FL 9/96)

U.S. Probation Officer Recommendation:

    The term of supervision should be
    [X]    revoked.
    [ ]    extended for _ years, for a total term of _ years.

    [ ]    The conditions of supervision should be modified as follows:

                                                           Respectfully submitted,

                                   by

                                              Omar Madruga
                                              U.S. Probation Officer
                                              Phone: 305-512-1826
                                              Date: September 8, 2004

---

THE COURT ORDERS:

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Submit a Request for Modifying the Conditions or Term of Supervision

                                                             Signature of Judicial Officer

                                                             9/24/04
                                                             Date