



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

99 - 425 - CR - LENARD

00-17-CR-LENARD

**UNITED STATES OF AMERICA**
                    Plaintiff

CASE NUMBER: CR:

00-6079-CR-LENARD

-vs

REPORT COMMENCING CRIMINAL
ACTION

FERNANDEZ, OSUALDO

61196-004

                    Defendant                              USMS NUMBER

TO: CLERK'S OFFICE        MIAMI        FT. LAUDERDALE        W. PALM BEACH
U.S. DISTRICT COURT                    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

COMPLETE ALL ITEMS.   INFORMAION NOT APPLIOCABLE ENTER   N/A.

(1) **DATE AND TIME OF ARREST:** 3/9/05                    A M  x      P M

(2) **LANGUAGE SPOKEN:** Span

(3) **OFFENSE (S) CHARGED:** Prob Vio

(4) **DATE OF BIRTH:** 12/ 11/66

(5) **TYPE OF CHARGING DOCUMENT:**     (CHECK ONE)
    {x} INDICTMENT     { } COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    **ORINGINATING DISTRICT:** _____

(6) **REMARKS:** _____

(7) **DATE :** _____     ( 8) **ARRESTING OFFICER:** _____

(9) **AGENCY:** _____     (10) **PHONE:** _____

(11) **COMMENTS:** _____