CASE NUMBER 00-6079-CR-LENARD

INTERPRETER REQUIRED IN CASE

FOREIGN LANGUAGE Spanish

DEFENDANT(S) OSVALDO FERNANDEZ

