PROB 19                      SD/FL PACTS No. 60123

397909

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-425-Cr-Lenard; 00-17-Cr-Lenard; 00-6079-Cr-Lenard

U.S.A. vs FERNANDEZ, Osvaldo

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

*(Stamp: RECEIVED UNITED STATES MARSHAL, SOUTHERN DISTRICT OF FLORIDA, WARRANTS, 2004 SEP 27 PM 2:15)*

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER | SEX | RACE | AGE |
|---|---|---|---|
| FERNANDEZ, Osvaldo  #61196-004 | M | W/H | 37 |

**ADDRESS (STREET, CITY, STATE)**
1145 West 24th Street, Apt. #4, Hialeah, Florida 33010

| PROBATION IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| U.S. District Court, Miami, Florida | July 21, 2000 |

**TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)**
U.S. District Court, Miami, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| **Clarence Maddox** | *[signature] Lisa Shelnut* | 9/24/04 |

### RETURN

*(Stamp: FILED by __ D.C., 2005 MAR 11 PM 4:13, CLARENCE MADDOX, CLERK U.S. DIST. CT., S.D. OF FLA. - MIA)*

| | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| **Warrant received and executed.** | 09-27-04 | 03-09-05 |

**EXECUTING AGENCY (NAME AND ADDRESS)**
USMS, 301 N. Miami Ave., RM 205, Miami, FL 33128-7786

| NAME | (BY) | DATE |
|---|---|---|
| CHRISTINA PHARO<br>U.S. MARSHAL, SD/FL | JOE GODSK *[signature]*<br>SDUSM, SD/FL | 03-10-05 |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for __Southern__ District of __Florida__ ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

