ko.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-425-CR-Lenard
00-17-CR-Lenard
00-6079-CR-Lenard

UNITED STATES OF AMERICA

vs.

Osvaldo Fernandez

_____

ORDER

THIS CAUSE came before the Court for a hearing regarding Pre-Trial Detention _____, and pursuant to proceedings held, it is hereby

**ORDERED AND ADJUDGED** as follows:

The Pre-Trial Detention hearing of the defendant is hereby re-set to May 2, 2005 at 10:00 A.M. before the Mag. Duty Judge. The Probable Cause hearing is hereby reset from March 22, 2005 to May 2, 2005 as well.

**DONE AND ORDERED** at Miami, Florida this 14th day of March 2005.

TAPE NO. 05C- 10-2316

c: AUSA Yordanka Delgado
   Defense Counsel
   Pretrial Services
   U.S. Marshal
formblan.kor

_____
UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER