UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-425-CR-LENARD
00-17-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA
vs.
OSVALDO FERNANDEZ

**ORDER ON HEARING TO
REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

✓ Private counsel _Michael Blacker_ appeared in open court and is noted as permanent counsel of record.

_____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this 14th day of March, 2005.

TAPE NO. 05C-_10-2316_

c: AUSA
   Defense Counsel
   Pretrial Services
   U.S. Marshal

UNITED STATES MAGISTRATE JUDGE
BARRY L. GARBER