UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 99-0425-CR-LENARD
00-0017-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA,

v.

OSVALDO FERNANDEZ

**REPORT ON LOCAL SUPERVISED RELEASE VIOLATION**

This Cause was referred to the Magistrate Judge by the United States District Judge for conduct of the preliminary evidentiary hearing upon the petition of the Probation Office of this Court to revoke the supervised release imposed upon the defendant in this case.

The preliminary hearing was held in accordance with Fed.R.Crim.P. 32.1(b)(1).

At the revocation hearing held this date the defendant was present with counsel. Upon consideration of all evidence presented it is

**Recommended** as follows:

_____ The evidence fails to establish that the supervised releasee has violated the conditions of supervised release and the warrant should be **dismissed.**

✓ The supervised releasee should be brought before the District Judge for further proceedings because the evidence establishes that (he)/she has violated the conditions of supervised release in that:

_probable cause was found that he committed the violations._

Dated: MAY 2, 2005

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c: U.S. District Judge, Defense Counsel, Probation Officer, U.S. Marshal
TAPE NO. 05H-23-1911