UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-425-CR-LENARD
00-17-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OSVALDO FERNANDEZ

    Defendant
_____/



## STIPULATED ORDER OF DETENTION

This matter came before the Court for a detention hearing, pursuant to the Bail Reform Act, 18 U.S.C. Section 3142(f). The United States has requested that the defendant be held in detention based upon risk of flight/danger to the community. The defendant, having been advised of his/her right to a detention hearing, has voluntarily waived the right to a detention hearing at the present time, and reserved the right to come before the Court at any future time for the purpose of a full detention hearing.

The Court, having considered the pretrial services report and the information contained in the record, does hereby

**ORDER AND ADJUDGE** that the defendant shall be detained pending trial in this case based upon risk of flight/danger to the community and the stipulation of the parties, with the provision that the defendant shall have the right to revisit this determination and to a full detention hearing upon request.

**DONE AND ORDERED** in Miami, Florida, this ___2ND___ day of ___MAY___, 2005.

                                            ROBERT L. DUBE
                                            UNITED STATES MAGISTRATE JUDGE

TAPE NO. 05H-23-1911
cc:    AUSA
        Defense Counsel
        Pretrial Services
        U.S. Marshals Service