UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-425-CR-LENARD
00-17-CR-LENARD
00-6079-CR-LENARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs

OSVALDO FERNANDEZ,

    Defendant
_____/



## NOTICE OF HEARING

PLEASE TAKE NOTICE that the above-entitled cause has been scheduled for Final Supervised Release Violation Hearing on June 3, 2005, at 3:00p.m. before the Honorable JOAN A. LENARD, United States District Judge, at 301 North Miami Avenue, Courtroom Seven, Miami, Florida.

Dated: May 25, 2005

CLARENCE G. MADDOX, II, CLERK

By: _____
Patricia Mitchell
Deputy Clerk

cc: Matthew Menchel, AUSA
Michael Blacker, Esq.
Viviana Bibliowicz, USPO