CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE    Joan A. Lenard

FILED by _____ D.C.
JUN -3 2005
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE NO. 00-6079-CR            DATE June 3, 2005
CLERK   Lisa M. Shelnut        REPORTER Sharon ~~Richard Kaufman~~
USPO                           INTERPRETER _____

UNITED STATES OF AMERICA vs. Osvaldo Fernandez

AUSA  Matt Kay                 DEFENSE CSL. Michael Black

Defendant(s) Present___ X Not Present___ In Custody  X

TYPE OF HEARING _____

RESULT OF HEARING  Deft. sworn; The ct revoked Supr. release; deft sentenced to 1 month imprisonment; consecutive w/ 04-20683-CR-Jordan;

===================================================================
                    NEW DATES SET BY COURT
Defense P/T/Motions  _____     Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____

Change of Plea  _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: _____ thru _____ to be excludable
    pursuant to the Speedy Trial Act.